| | |
|---|---|
| Christina Saveriano<br>**HILL WALLACK LLP**<br>21 Roszel Road<br>Princeton, NJ 08540<br>Tel: 609-734-6358<br>Fax: 609-452-1888<br>csaveriano@hillwallack.com | Richard W. Smith (*Pro hac vice* pending)<br>Rebecca J. Fiebig (*Pro hac vice* pending)<br>**WILEY REIN LLP**<br>1776 K Street NW<br>Washington, DC 20006<br>Tel: 202-719-7000<br>Fax: 202-719-7049<br>rwsmith@wileyrein.com<br>rfiebig@wileyrein.com |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STIMMA, et al.<br><br>    Plaintiffs,<br>v.<br><br>TORRENT PHARMA, INC., et al.<br><br>    Defendants. | Civil Action No. 3:18-cv-14318 (FLW)(LHG)<br><br>NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF COUNSEL<br>Motion Return Date: December 3, 2018 |

TO:   Counsel of Record

**PLEASE TAKE NOTICE** that on December 3, 2018 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney for Defendant Torrent Pharma, Inc. shall apply before the United States District Court for an Order pursuant to Local Rule 101.1(c) granting Richard W. Smith, Esq. *pro hac vice* admission in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** the movant shall reply upon the annexed certifications of Richard W. Smith, Esq. and Christina Saveriano, Esq. in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

                Respectfully submitted,

                By:____/s/ Christina Saveriano_____
                      Eric I. Abraham
                      Christina L. Saveriano
                      Hill Wallack, LLP
                      21 Roszel Road
                      Princeton, New Jersey 08540
                      (609) 924-0808
                      Fax (609) 452-1888

Dated:  November 6, 2018

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing

**MOTION FOR PRO HAC ADMISSION**

is to be electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


November 6, 2018                                          /s/Christina Saveriano
Date                                                                Christina Saveriano